THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Donald D.
 Baker, Appellant.
 
 
 

Appeal From Berkeley County
 Daniel  F.  Pieper, Circuit Court Judge
Unpublished Opinion No. 2008-UP-085
Submitted February 1, 2008  Filed
 February 8, 2008
AFFIRMED

 
 
 
 Appellate Defender Katherine Hudgins, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Office of the Attorney General, of Columbia; and Solicitor Ralph
 E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM: Donald
 D. Baker appeals from his convictions for criminal domestic violence of a high
 and aggravated nature and criminal domestic violence, third offense.  He argues
 the trial court erred by refusing to admit a photograph depicting his medical
 condition, a crucial part of his self-defense claim. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Rule 403, SCRE
 (Although relevant, evidence may be excluded if its probative value is
 substantially outweighed . . . by considerations of undue delay, waste of time,
 or needless presentation of cumulative evidence.); State v. Haselden, 353 S.C. 190, 199, 577 S.E.2d 445, 450 (2003) (The relevance, materiality
 and admissibility of photographs are matters within the sound discretion of the
 trial court and a ruling will be disturbed only upon a showing of an abuse of
 discretion.).
AFFIRMED
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.